**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

QUINTAESHIA SOUTHERN,
Individually and on behalf of others
similarly situated,

Case No.: 6:26-cv-00613-AGM-LHP

Plaintiff,
v.

TAPESTRY, INC., D/B/A COACH,

Defendant.
_____________________________________/

## AMENDED JOINT NOTICE OF MEDIATION

You are hereby notified that Mediation in the above case has been scheduled for February 26, 2027, at 10:00 a.m., in front of Mediator Christina Magee. The Mediation will be held in person. Each party is responsible to pay half of the Mediator's fee at the time of Mediation.

| | |
|---|---|
| **DATE:** | **February 26, 2027** |
| **TIME:** | **10:00 a.m., Eastern standard time** |
| **MEDIATOR:** | **Christina Magee** |
| **LOCATION:** | **Ethan Babb Law Firm**<br>**6013 Farcenda PL, Suite 101**<br>**Melbourne, FL 32940** |

Respectfully submitted,


*/s/ Samantha Wood*
**SAMANTHA R. WOOD, ESQ.**
Florida Bar No. 1003177
Email: swood@babblaw.com
Secondary: cthompson@babblaw.com
**ETHAN BABB LAW FIRM**
6013 Farcenda Place, Suite 101
Melbourne, FL 32940
Telephone: (321) 529-2222
Fax: (321) 529-2929
*Counsel for Plaintiff*

*/s/Elizabeth Rodriguez*
**ELIZABETH M. RODRIGUEZ, ESQ.**
Florida Bar No. 821690
Email: erodriguez@fordharrison.com
**FORDHARRISON**
1 SE Third Ave, Suite 2130
Miami, Florida 33131
Telephone: (305) 808-2143
Facsimile: (305) 808-2101
*Counsel for Defendant*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on September 15, 2026, the foregoing was electronically filed with the Clerk of the Court using CM/ECF system which will send a notice of electronic filing to all counsel of record.

*/s/ Samantha Wood*

**SAMANTHA R. WOOD, ESQ.**
Florida Bar No. 1003177
Email: swood@babblaw.com
Secondary: cthompson@babblaw.com
**ETHAN B. BABB, ESQ.**
Florida Bar No. 127488
Email: ebabb@babblaw.com
Secondary: cthompson@babblaw.com
**ETHAN BABB LAW FIRM**
6013 Farcenda Place, Suite 101
Melbourne, FL 32940
Phone: (321) 529-2222
Fax: (321) 529-2929
*Counsel for Plaintiff*